UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| WALKER, ROY | ) | CASE NO. 05 B 06672 |
| WALKER, GRACE D | ) | |
| Debtor(s) | ) | HON. JOHN D. SCHWARTZ |

Social Security/Employer Tax ID Number:    XXX-XX-6310
                                           XXX-XX-4057

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. BANKRUPTCY COURT, 219 S DEARBORN, COURTROOM 719, CHICAGO, IL

    On: **October 4, 2007**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                           $186,126.18

    Disbursements                                          $75.72

    Net Cash Available for Distribution                $186,050.46

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $9,681.03 | $156.61 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $5,590.00 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None.

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None.

7.   Claims of general unsecured creditors totaling $88,975.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 31.05%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | First National Bank Of Omaha | $12,513.44 | $3,884.84 |
| 2 | Discover Financial Services | $10,380.41 | $3,222.64 |
| 3 | Cardholder Services | $4,374.66 | $1,358.13 |
| 5 | eCast Settlement Corporation | $7,055.70 | $2,190.47 |
| 6 | Chase Bank USA, N.A. | $246.92 | $76.66 |
| 7 | MBNA America Bank N.A. | $9,190.26 | $2,853.15 |
| 8 | Worldwide Asset Purchasing, LLC | $12,702.40 | $3,943.51 |
| 9 | eCast Settlement Corporation | $6,250.43 | $1,940.46 |
| 10 | Alarm Detection System | $378.27 | $117.44 |
| 12 | Citibank (South Dakota) NA | $25,883.17 | $8,035.52 |
| 13 | First National Bank of Omaha | $0.00 | $0.00 |

8.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtors have been discharged.

11.  The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $35.00 |
| Citibank Checking & Savings | $200.00 |
| Household Goods | $3,500.00 |
| Books, Tapes, CDs | $250.00 |
| WEARING APPAREL | $1,500.00 |
| Camera | $150.00 |
| Walker Automated Services | $1,000.00 |
| Self-Published Book | $0.00 |
| 2004 Chrysler Sebring | $9,000.00 |

Dated: **September 11, 2007**     For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     Phillip D. Levey
Address:     2722 North Racine Avenue
             Chicago, IL 60614
Phone No.:   (773) 348-9682

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6672    Doc 33    Filed 09/11/07    Entered 09/14/07 00:33:52    Desc Imaged
Certificate of Service    Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7               Page 1 of 2            Date Rcvd: Sep 11, 2007
Case: 05-06672                Form ID: pdf002           Total Served: 42


The following entities were served by first class mail on Sep 13, 2007.
db          +Roy Walker,    9117 S Halsted,    Chicago, IL 60620-2747
jdb         +Grace D Walker,    9117 S Halsted,    Chicago, IL 60620-2747
tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
8996742     +Alarm Detection System,    1111 Church Road,    Aurora, IL 60505-1905
8996763     +Apex Financial Management  LLC,    Pob 2189,    Northbrook,IL 60065-2189
8996758     +Baker, Miller, Markoff & Krasny LLC,    11 S Lasalle St 19th flr,    Chicago, IL 60603-1203
8996743     +Bank One /BP Cardmember Service,    Pob 15153,    Wilmington,DE 19886-5153
8996744     +Bank One BP,    Pob 15548,    Wilmington, DE 19886-5548
8996745     +Bank of America  Recovery Department,    Pob 2278,    Norfolk, VA 23501-2278
8996748     +Beneficial Finance,    Pob 7051,    Anaheim, CA 92850-7051
8996747     +Beneficial Finance,    Pob 17574,    Baltimore, MD 21297-1574
9938915     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Ave, Ste 900,
              Seattle, WA 98121-2339
8996741     +Chrysler Financial,    Pob 9223,    Farmington, Hills MI 48333-9223
8996754     +Citi Card / Credit Card Processing Center,    Pob 6273,    Sioux Falls, SD 57117-6273
8996749     +Citi Cards,    Pob 6402,    The Lakes, NV 88901-6402
8996751      Citibank (South Dakota) NA,    c/o Citibank / Choice,    Exceptions payment processing,
              PO Box 6305,    The Lakes, NV 88901-6305
8996755      Direct Merchants Bank,    Pob 550680,    Jacksonville, FL 32255
8996757     +Discover Card/ Discover Card Services,    Pob 15251,    Wilmington, DE 19886-5251
8996759     +First Consumer National Bank,    Pob 2638,    Omaha, NE 68103-2638
9819029     +First National Bank Of Omaha,    1620 Dodge St Stop Code 3105,    Omaha, Nebraska 68197-0002
8996761     +First National Bank of Omaha,    Pob 3696,    Omaha, NE 68103-0696
10487814    +First National Bank of Omaha,    c/o: Baker, Miller, Markoff & Krasny,    29 N. Wacker Drive,
              5th Floor,    Chicago,    Illlinois  60606-3227
8996746     +Freedman Anselmo Lindberg and Rappe,    1807 West Diehl Road Suite 333,    Pob 3223,
              Naperville, IL 60566-7223
8996756     +Gerald E Moore & Associates P C,    Pob 724087,    Atlanta, Georgia 31139-1087
8996764     +Household Bank,    Pob 703,    Wood Dale, IL 60191-0703
8996765     +Household Bank,    Pob 5244,    Carol Strea, IL 60197-5244
9859589    ++INFIBANK NA,    157 TECHNOLOGY PKWY,    STE 900,    NORCROSS GA 30092-2950
             (address filed with court: Cardholder Services,    POB 923148,    Norcross, GA  30010)
8996762     +MBN America,    Pob 15137,    Wilmington, DE 19886-5137
10159583    +MBNA America Bank N.A.,    POB 15168 MS  1423,    Wilmington, DE 19850-5168
8996753     +National Financial Systems Inc,    600 W John St,    Pob  9041,    Hicksville, NY 11802-9041
8996760     +Platinum Recovery Solutions Inc,    Pob 798,    Yankton, SD 57078-0798
8996766     +Sears,    Pob 182149,    Columbus, OH 43218-2149
8996767     +Spiegel Charge/Card Processing Center,    Pob 5811,    Hicksville, NY 11802-5811
8996768     +Stonebridge Life,    2700 West Plano Parkway,    Plano, Texas 75075-8205
8996750     +The CBE Group Inc,    131 Tower Park Suite 100,    Pob 2547,    Waterloo, IA 50704-2547
8996752     +United Collection Bureau Inc,    Pob  140516,    Toledo, OH 43614-0516
8996740     +Washington Mutual Bank FA,    Pob 3139,    Milwaukee, WI 53201-3139
8996769      Wells Fargo Financial,    9620 S Roberts Rd,    Hickory Hills, IL 60457
10163721    +Worldwide Asset Purchasing, LLC,    PO Box 672047,    Marietta GA 30006-0035
10840348     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
10432450     eCAST Settlement Corporation, assignee of,    Household Finance Corporation/Beneficial,
              P.O. Box 35480,    Newark, NJ  07193-5480

The following entities were served by electronic transmission on Sep 12, 2007.
9852056      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2007 04:01:46      DISCOVER FINANCIAL SERVICES,
              PO BOX 8003,    HILLIARD, OH 43026
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Sep 11, 2007
Case: 05-06672                Form ID: pdf002          Total Served: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2007**                         **Signature:**      *Joseph Speetjens*