IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| WALKER, ROY & GRACE | ) | CASE NO. 05 B 06672 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JOHN D. SCHWARTZ |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JOHN D. SCHWARTZ
   BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 4-26-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| WALKER, ROY | ) | CASE NO. 05 B 06672 |
| WALKER, GRACE D | ) | |
| Debtor(s) | ) | HON. JOHN D. SCHWARTZ |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $9,681.03 |
| 2. | Trustee's expenses | $156.61 |
| | TOTAL | $9,837.64 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $5,590.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

ENTERED
OCT - 4 2007
JOHN D. SCHWARTZ, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) CHAPTER 7
)
WALKER, ROY ) CASE NO. 05 B 06672
WALKER, GRACE D )
                Debtor(s) ) HON. JOHN D. SCHWARTZ

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $15,427.64 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $27,689.49 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $43,117.13 |

EXHIBIT D

# FINAL DISTRIBUTION

| Case Number: 05-06672   JDS | | | Page 1 | | | | Date: October 4, 2007 |

Debtor Name: WALKER, ROY \ WALKER, GRACE D

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $43,117.13 |
| | **Claim Type -** | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $9,681.03 *<br>$9,681.03 | $0.00 | $9,681.03 | $9,681.03 | $33,436.10 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $156.61 *<br>$156.61 | $0.00 | $156.61 | $156.61 | $33,279.49 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | **Subtotal For Claim Type** | | | $9,837.64 *<br>$9,837.64 | $0.00 | $9,837.64 | $9,837.64 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $5,590.00 *<br>$5,590.00 | $0.00 | $5,590.00 | $5,590.00 | $27,689.49 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | **Subtotal For Claim Type 3110-00** | | | $5,590.00 *<br>$5,590.00 | $0.00 | $5,590.00 | $5,590.00 | |
| | **Subtotals For Class Administrative   100.00000 %** | | | $15,427.64 *<br>$15,427.64 | $0.00 | $15,427.64 | $15,427.64 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | First National Bank Of Omaha<br>1620 Dodge St Stop Code 3105<br>Omaha, Nebraska 68105-0773 | Unsec | 070 | $12,513.44 *<br>$12,513.44 | $0.00 | $12,513.44 | $3,894.22 | $23,795.27 |
| | | | | Percent Paid: 31.12030 % | | | | |
| 000002 | DISCOVER FINANCIAL SERVICES<br>PO BOX 8003<br>HILLIARD, OH 43026 | Unsec | 070 | $10,380.41 *<br>$10,380.41 | $0.00 | $10,380.41 | $3,230.41 | $20,564.86 |
| | | | | Percent Paid: 31.12025 % | | | | |
| 000003 | Cardholder Services<br>POB 923148<br>Norcross, GA 30010 | Unsec | 070 | $4,374.66 *<br>$4,374.66 | $0.00 | $4,374.66 | $1,361.41 | $19,203.45 |
| | | | | Percent Paid: 31.12036 % | | | | |
| 000004 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsec | 070 | $6,418.45 *<br>$6,418.45 | $0.00 | $6,418.45 | $1,997.44 | $17,206.01 |
| | | | | Percent Paid: 31.12029 % | | | | |

Case Number: 05-06672    JDS                                  Page  2                                        Date: October 4, 2007
Debtor Name: WALKER, ROY \ WALKER, GRACE D

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000005 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480<br>Percent Paid: 31.11965 % | Unsec | 070 | $637.25 *<br>$637.25 | $0.00 | $637.25 | $198.31 | $17,007.70 |
| 000006 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Ste 900<br>Seattle, WA 98121<br>Percent Paid: 31.11939 % | Unsec | 070 | $246.92 *<br>$246.92 | $0.00 | $246.92 | $76.84 | $16,930.86 |
| 000007 | MBNA America Bank N.A.<br>POB 15168 MS 1423<br>Wilmington, DE 19850<br>Percent Paid: 31.12034 % | Unsec | 070 | $9,190.26 *<br>$9,190.26 | $0.00 | $9,190.26 | $2,860.04 | $14,070.82 |
| 000008 | Worldwide Asset Purchasing, LLC<br>PO Box 672047<br>Marietta GA 30006<br>Percent Paid: 31.12026 % | Unsec | 070 | $12,702.40 *<br>$12,702.40 | $0.00 | $12,702.40 | $3,953.02 | $10,117.80 |
| 000009 | eCAST Settlement Corporation,<br>assignee of<br>Household Finance<br>Corporation/Beneficial<br>P.O. Box 35480<br>Newark, NJ 07193-5480<br>Percent Paid: 31.12042 % | Unsec | 070 | $6,250.43 *<br>$6,250.43 | $0.00 | $6,250.43 | $1,945.16 | $8,172.64 |
| 000010 | Alarm Detection System<br>1111 Church Road<br>Aurora, IL 60505<br>Percent Paid: 31.12063 % | Unsec | 070 | $378.27 *<br>$378.27 | $0.00 | $378.27 | $117.72 | $8,054.92 |
| 000011 | Citibank (South Dakota) NA<br>c/o Citibank / Choice<br>Exceptions payment processing<br>PO Box 6305<br>The Lakes, NV 88901-6305<br>Percent Paid: 31.12029 % | Unsec | 070 | $15,572.83 *<br>$15,572.83 | $0.00 | $15,572.83 | $4,846.31 | $3,208.61 |
| 000012 | Citibank (South Dakota) NA<br>c/o Citibank / Choice<br>Exceptions payment processing<br>PO Box 6305<br>The Lakes, NV 88901-6305<br>Percent Paid: 31.12031 % | Unsec | 070 | $10,310.34 *<br>$10,310.34 | $0.00 | $10,310.34 | $3,208.61 | $0.00 |

| Case Number: 05-06672    JDS | | | Page  3 | | | | Date: October 4, 2007 |

Debtor Name: WALKER, ROY \ WALKER, GRACE D

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000013 | First National Bank of Omaha<br>Pob 3696<br>Omaha, NE 68103 | Unsec | 070 | $12,823.04 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 7100-00 | | | $101,798.70 *<br>$88,975.66 | $0.00 | $88,975.66 | $27,689.49 | |
| | Subtotals For Class Unsecured    31.12030 % | | | $101,798.70 *<br>$88,975.66 | $0.00 | $88,975.66 | $27,689.49 | |
| << Totals >> | | | | $117,226.34<br>$104,403.30 | $0.00 | $104,403.30 | $43,117.13 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-06672 -JDS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WALKER, ROY | Bank Name: | BANK OF AMERICA |
|  | WALKER, GRACE D | Account Number / CD #: | *******7347 Interest earning MMA Account |
| Taxpayer ID No: | *******2591 |  |  |
| For Period Ending: | 04/26/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/14/06 | 1 | Chicago Title & Trust Company | Sale of Real Estate |  | 42,505.52 |  | 42,505.52 |
|  |  | CHICAGO TITLE & TRUST COMPANY | Memo Amount: 143,000.00 Sale of Real Estate | 1110-000 |  |  |  |
|  |  | CENTURY 21 KMIECIK | Memo Amount: ( 8,580.00 ) Real Estate Commission | 3510-000 |  |  |  |
|  |  | WASHINGTON MUTUAL BANK FA | Memo Amount: ( 73,618.74 ) Pay-Off First Mortgage | 4110-000 |  |  |  |
|  |  | WALKER, ROY & GRACE | Memo Amount: ( 15,000.00 ) Homestead Exemption | 8100-002 |  |  |  |
|  |  | CITY OF CHICAGO | Memo Amount: ( 169.46 ) Water Bill | 4120-000 |  |  |  |
|  |  | SIMS, LAURY | Memo Amount: ( 629.00 ) Closing Cost Credit | 2500-000 |  |  |  |
|  |  | CHICAGO TITLE | Memo Amount: ( 1,270.50 ) Title & Recording Charges | 2500-000 |  |  |  |
|  |  | LANDMARK ENGINEERING | Memo Amount: ( 245.00 ) Survey | 2500-000 |  |  |  |
|  |  | SIMS, LAURY | Memo Amount: ( 911.78 ) Real Estate Tax Prorations | 4700-000 |  |  |  |
|  |  | DATA PEST CONTROL | Memo Amount: ( 70.00 ) Pest Inspection | 2500-000 |  |  |  |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 13.69 |  | 42,519.21 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.11 |  | 42,555.32 |
| 04/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 34.98 |  | 42,590.30 |
| * 05/29/06 | 000101 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 |  | 2300-003 |  | 31.94 | 42,558.36 |
| * 05/29/06 | 000101 | International Sureties, Ltd. 203 Carondelet Street | VOID Wrong Amount. | 2300-003 |  | -31.94 | 42,590.30 |

Page Subtotals    42,590.30    0.00

Ver: 12.62a

LFORM24

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-06672 -JDS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WALKER, ROY | Bank Name: | BANK OF AMERICA |
|  | WALKER, GRACE D | Account Number / CD #: | *******7347 Interest earning MMA Account |
| Taxpayer ID No: | *******2591 |  |  |
| For Period Ending: | 04/26/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/06 | 000102 | Suite 500<br>New Orleans, LA 70130<br>International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | Bond Premium | 2300-000 |  | 34.66 | 42,555.64 |
| 05/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.17 |  | 42,591.81 |
| 06/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 35.01 |  | 42,626.82 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.20 |  | 42,663.02 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.23 |  | 42,699.25 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 35.09 |  | 42,734.34 |
| 10/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.30 |  | 42,770.64 |
| 11/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 35.15 |  | 42,805.79 |
| 12/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.35 |  | 42,842.14 |
| 01/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.39 |  | 42,878.53 |
| 02/28/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.89 |  | 42,911.42 |
| 03/30/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.44 |  | 42,947.86 |
| 04/30/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 35.31 |  | 42,983.17 |
| 05/08/07 | 000103 | International Sureties, Ltd.<br>203 Carondelet St.-Suite 500<br>New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 |  | 41.06 | 42,942.11 |
| 05/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.49 |  | 42,978.60 |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 35.32 |  | 43,013.92 |
| 07/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.54 |  | 43,050.46 |
| 08/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.56 |  | 43,087.02 |
| 09/28/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 27.45 |  | 43,114.47 |
| 10/04/07 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 2.66 |  | 43,117.13 |
| 10/04/07 |  | Transfer to Acct #*******2481 | Final Posting Transfer | 9999-000 |  | 43,117.13 | 0.00 |

Page Subtotals          602.55          43,192.85

LFORM24

Ver: 12.62a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-06672 -JDS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | WALKER, ROY | Bank Name: | BANK OF AMERICA |
| | WALKER, GRACE D | Account Number / CD #: | *******7347 Interest earning MMA Account |
| Taxpayer ID No: | *******2591 | | |
| For Period Ending: | 04/26/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 143,000.00 | COLUMN TOTALS | | 43,192.85 | 43,192.85 | 0.00 |
| | | Memo Allocation Disbursements: 100,494.48 | Less: Bank Transfers/CD's | | 0.00 | 43,117.13 | |
| | | | Subtotal | | 43,192.85 | 75.72 | |
| | | Memo Allocation Net: 42,505.52 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 43,192.85 | 75.72 | |

Page Subtotals    0.00    0.00

LFORM24

Ver: 12.62a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-06672 -JDS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | WALKER, ROY | Bank Name: | BANK OF AMERICA |
|  | WALKER, GRACE D | Account Number / CD #: | *******2481 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2591 |  |  |
| For Period Ending: | 04/26/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/04/07 |  | Transfer from Acct #*******7347 | Transfer In From MMA Account | 9999-000 | 43,117.13 |  | 43,117.13 |
| 10/05/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 |  | 9,681.03 | 33,436.10 |
| 10/05/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 |  | 156.61 | 33,279.49 |
| 10/05/07 | 000103 | Phillip D. Levey | ATTORNEY FEES | 3110-000 |  | 5,590.00 | 27,689.49 |
| 10/05/07 | 000104 | First National Bank Of Omaha<br>1620 Dodge St Stop Code 3105<br>Omaha, Nebraska 68105-0773 | Claim 000001, Payment 31.12030% | 7100-000 |  | 3,894.22 | 23,795.27 |
| 10/05/07 | 000105 | DISCOVER FINANCIAL SERVICES<br>PO BOX 8003<br>HILLIARD, OH 43026 | Claim 000002, Payment 31.12025%<br>(2-1) 60110074601051 24 | 7100-000 |  | 3,230.41 | 20,564.86 |
| 10/05/07 | 000106 | Cardholder Services<br>POB 923148<br>Norcross, GA 30010 | Claim 000003, Payment 31.12036% | 7100-000 |  | 1,361.41 | 19,203.45 |
| 10/05/07 | 000107 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000004, Payment 31.12029% | 7100-000 |  | 1,997.44 | 17,206.01 |
| 10/05/07 | 000108 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000005, Payment 31.11965% | 7100-000 |  | 198.31 | 17,007.70 |
| 10/05/07 | 000109 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Ste 900<br>Seattle, WA 98121 | Claim 000006, Payment 31.11939% | 7100-000 |  | 76.84 | 16,930.86 |
| * 10/05/07 | 000110 | MBNA America Bank N.A.<br>POB 15168 MS 1423<br>Wilmington, DE 19850 | Claim 000007, Payment 31.12034% | 7100-004 |  | 2,860.04 | 14,070.82 |

Page Subtotals         43,117.13       29,046.31

LFORM24

Ver: 12.62a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 05-06672 -JDS | Trustee Name: | Phillip D. Levey |
| Case Name: | WALKER, ROY | Bank Name: | BANK OF AMERICA |
| | WALKER, GRACE D | Account Number / CD #: | *******2481 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2591 | | |
| For Period Ending: | 04/26/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/05/07 | 000111 | Worldwide Asset Purchasing, LLC<br>PO Box 672047<br>Marietta GA 30006 | Claim 000008, Payment 31.12026% | 7100-000 | | 3,953.02 | 10,117.80 |
| 10/05/07 | 000112 | eCAST Settlement Corporation, assignee of<br>Household Finance Corporation/Beneficial<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Claim 000009, Payment 31.12042% | 7100-000 | | 1,945.16 | 8,172.64 |
| 10/05/07 | 000113 | Alarm Detection System<br>1111 Church Road<br>Aurora, IL 60505 | Claim 000010, Payment 31.12063% | 7100-000 | | 117.72 | 8,054.92 |
| 10/05/07 | 000114 | Citibank (South Dakota) NA<br>c/o Citibank / Choice<br>Exceptions payment processing<br>PO Box 6305<br>The Lakes, NV 88901-6305 | Claim 000011, Payment 31.12029% | 7100-000 | | 4,846.31 | 3,208.61 |
| 10/05/07 | 000115 | Citibank (South Dakota) NA<br>c/o Citibank / Choice<br>Exceptions payment processing<br>PO Box 6305<br>The Lakes, NV 88901-6305 | Claim 000012, Payment 31.12031% | 7100-000 | | 3,208.61 | 0.00 |
| 02/18/08 | 000116 | Clerk, U.S. Bankruptcy Court | Unclaimed Dividend<br>Claim #7 MBNA America Bank | 7100-000 | | 2,860.04 | -2,860.04 |
| * 02/19/08 | 000110 | MBNA America Bank N.A.<br>POB 15168 MS 1423<br>Wilmington, DE 19850 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -2,860.04 | 0.00 |

Page Subtotals    0.00    14,070.82

LFORM24    Ver: 12.62a

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 05-06672 -JDS | | Trustee Name: | Phillip D. Levey |
| Case Name: | WALKER, ROY | | Bank Name: | BANK OF AMERICA |
| | WALKER, GRACE D | | Account Number / CD #: | *******2481 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2591 | | | |
| For Period Ending: | 04/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 43,117.13 | 43,117.13 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 43,117.13 | 0.00 | |
| | | Subtotal | | 0.00 | 43,117.13 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 43,117.13 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 143,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 100,494.48 | Interest earning MMA Account - ********7347 | 43,192.85 | 75.72 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********2481 | 0.00 | 43,117.13 | 0.00 |
| Total Memo Allocation Net: | 42,505.52 | | ------------------ | ------------------ | ------------------ |
| | | | 43,192.85 | 43,192.85 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

LFORM24

Ver: 12.62a